# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CENTRAL SANITARY LANDFILL, INC., and OTTAWA COUNTY LANDFILL, INC.

v.

WOLVERINE WORLD WIDE, INC., and 3M COMPANY

Case No. 1:25-cv-01639-RJJ-SJB
Hon. Robert J. Jonker

TO: WOLVERINE WORLD WIDE, INC.
ADDRESS: c/o CSC-Lawyers Incorporating Service (Company), Resident Agent
3410 Belle Chase Way, Suite 600,
Lansing, MI 48911

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Frederick A. Berg (P36835)
BUTZEL LONG, P.C.
201 West Big Beaver Road, Ste. 1200
Troy, MI 48084

CLERK OF COURT



12/5/2025

By: Deputy Clerk / Date

## PROOF OF SERVICE

This summons for __WOLVERINE WORLD WIDE, INC.__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CENTRAL SANITARY LANDFILL, INC., and OTTAWA COUNTY LANDFILL, INC.<br><br>v.<br><br>WOLVERINE WORLD WIDE, INC., and 3M COMPANY | Case No. 1:25-cv-01639-RJJ-SJB<br>Hon. Robert J. Jonker<br><br>TO: 3M COMPANY<br>ADDRESS: c/o CSC-Lawyers Incorporating Service (Company), Resident Agent<br>3410 Belle Chase Way, Suite 600,<br>Lansing, MI 48911 |

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Frederick A. Berg (P36835)
BUTZEL LONG, P.C.
201 West Big Beaver Road, Ste. 1200
Troy, MI 48084

CLERK OF COURT



12/5/2025

By: Deputy Clerk                                    Date

## PROOF OF SERVICE

This summons for __3M COMPANY__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address