UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CENTRAL SANITARY LANDFILL, INC. et al.,

        Plaintiffs,

                                            CASE NO. 1:25-cv-1639

v.

                                            HON. ROBERT J. JONKER

WOLVERINE WORLD WIDE, INC., et al.,

        Defendants.

_____/

## ORDER

The matter came up at the Rule 16 scheduling conference on the two defense motions to dismiss (ECF Nos. 12 and 14).  For the reasons recited in full from the bench, the motions are **DENIED**

      **IT IS SO ORDERED.**


Dated:   May 7, 2026               /s/ Robert J. Jonker
                                      ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE